**Order entered September 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00914-CV

## CAV TRUCKING, LLC, ET AL., Appellants

## V.

## AMALIA ULMAN, ET AL., Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12577**

## ORDER

We **GRANT** appellants' August 27, 2015 motion for an extension of time to file a brief.

Appellants shall file a brief by **SEPTEMBER 16, 2015**. No further extension of time will be

granted in this accelerated appeal absent extraordinary circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE